# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHEN J. BYERS,**
Appellant,

v.

**ANTIQUERS AERODROME, INC.,**
Appellee.

No. 4D2026-0452

[August 6, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Jr., Judge; L.T. Case No. 502023CA012131XXXXMB.

Matthew D. Glachman, Boca Raton, for appellant.

Seth M. Amkraut of Poliakoff Backer, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, SHEPHERD and LOTT, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***